UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 16 CR 33 |
| v. | ) | |
| | ) | The Honorable Mary M. Rowland |
| EDGAR GARCIA DE ANDA, | ) | |
| a/k/a/ "El Cincuenta," | ) | |
| RICARDO GARCIA, | ) | |
| and EFRAIN RIVAS-HERRERA | ) | |

## **ORDER**

The government having requested that the complaint against defendants EDGAR GARCIA DE ANDA, a/k/a/ "El Cincuenta," RICARDO GARCIA, and EFRAIN RIVAS-HERRERA be dismissed without prejudice, and that the arrest warrant for defendant RICARDO GARCIA be dismissed and quashed.

IT IS HEREBY ORDERED THAT the complaint against EDGAR GARCIA DE ANDA, a/k/a/ "El Cincuenta," RICARDO GARCIA, and EFRAIN RIVAS-HERRERA is dismissed without prejudice and the arrest warrant for defendant RICARDO GARCIA in this case is dismissed and quashed.

E N T E R:

Dated: February 9, 2016

_____
MARY M. ROWLAND
United States Magistrate Judge